IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY BASS, #122 504, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO.  2:12-CV-1043-WKW |
| MUNCHIE KEETON, CO1, in his ) | [WO] |
| individual and official capacities, ) | |
| SGT. DANZY, in his individual ) | |
| and official capacities, STACY ) | |
| WHITE, in her individual and ) | |
| official capacities, MS. SEALS, in ) | |
| her individual and official ) | |
| capacities, BRIAN MITCHELL, in ) | |
| his individual and official ) | |
| capacities, and GARY HETZEL, ) | |
| Warden, in his individual and ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

On March 8, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 30.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that Defendants' motion for summary judgment (Doc. # 30) is GRANTED.

A separate final judgment will be entered.

DONE this 28th day of March, 2016.

            /s/ W. Keith Watkins
          CHIEF UNITED STATES DISTRICT JUDGE